IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2012 DEC 21 PM 4:12
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ATLANTIS MAHOGANY VAUGHN )
_____ )
_____ )
**Name of Plaintiff** )
 ) Case No. 3 12-1320
v. ) (To be assigned by Clerk)
 ) Jury Demand ☐ Yes ☐ No
METROPOLITAN NASHVILLE )
PUBLIC SCHOOL BOARD OF ED )
 )
DR. SARAH MOORE )
**Name of Defendant(s)** )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, A. MAHOGANY VAUGHN is a citizen of the United States and resides at

 138 CHIPWOOD DR. , HENDERSONVILLE
 Street address                                City

 SUMNER , TN , 37075, 615-681-6422
 County      State    Zip Code   Telephone Number

3. Defendant, MNPS BOARD OF ED resides at, or its business is located at

 2601 BRANSFORD AVE. , NASHVILLE,
 Street address                                City

 DAVIDSON , TN , 37204
 County      State    Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

DR. SARAH MOORE - 300 MAIN STREET - GOODLETTSVILLE MIDDLE SCHOOL, GOODLETTSVILLE, TN 37072

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

2601 BRANSFORD AVE., NASHVILLE,
Street address / City

DAVIDSON, TN, 37204
County / State / Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about AUGUST 3 2012.
Month / Day / Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about _____.
Month / Day / Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on _____
Month
_____, a copy of which Notice is attached.
Day / Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, the Defendant:

(6) DISABILITY BENEFITS

    a. _____ failed to employ Plaintiff.

    b. _____ terminated Plaintiff's employment.

    c. _____ failed to promote Plaintiff.

    d. ✓ retaliated against Plaintiff for having filed a charge of discrimination.

    e. _____ other. Explain: _____

_____

_____

_____

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

I REPORTED TO H.R. ON JUNE 6, 2012 THAT MY EXECUTIVE PRINCIPAL WAS HARASSING, INTIMIDATING, CREATED A HOSTILE ENVIRONMENT, THROUGH VERBAL AGGRESSION AND CONSTANTLY THREATENING ME FOR NOT MEETING DEADLINES ON A REGULAR BASIS; AND THAT IT WAS CAUSING SOME SERIOUS EMOTIONAL DISTRESS TO THE POINT OF SPENDING MENTIRE MONTH OF MAY 2012 IN A DAY TREATMENT PROGRAM.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

    a. ✓ are still being committed by Defendant.

    b. _____ are no longer being committed by Defendant.

    c. ✓ may still be being committed by Defendant.

HE STATED THERE WAS NO PLACE TO MOVE ME AS TO MY REQUEST FOR A TRANSFER. I USED THE PHRASE, "I'D RATHER BE HOMELESS AND LIVING ON THE STREET THAN WORK AT GOODLETTSVILLE MIDDLE SCHOOL" AS AN EXPRESSION TO IDENTIFY HOW BAD THE ENVIRONMENT WAS. I STATED THAT I GET CONSTANT THREATS OF A REPRIMAND IF MY PAPERWORK WAS OUT OF COMPLIANCE, BUT THERE WAS NO JUSTIFICATION FOR CONTINUALLY MAKING THE STATEMENT. I ASKED WHAT RECOURSE DO I HAVE IF THE BEHAVIOR CONTINUES AND HE SAID I COULD DOCUMENT THE BEHAVIOR AND FILE A GRIEVANCE, OTHER THAN THAT—NOTHING. I TOLD HIM THAT I SERIOUSLY ANTICIPATE THE SITUATION ESCALATING. MY UNION REP HAD BEEN TRYING TO GET IN TOUCH WITH DR. HALL TO DISCUSS THE REASON FOR MY REQUEST AND DISCUSS SOME POSSIBLE POSITIONS OR WAYS TO GET INTO LEADERSHIP. SHE GOT NO RESPONSE DURING THE MONTH OF MAY, sd I BEGAN TO TRY TO MAKE CONTACT ON JUNE 5, 2012. HE STATED, "IF THAT'S WHO YOU'RE TRYING TO REACH AND SHE SAYS TO MOVE YOU THEN I'LL HAVE TO FIND SOMETHING." I ASKED IF OUR CONVERSATION WAS CONFIDENTIAL AND HE ASSURED ME IT WAS. ON JUNE 11, 2012, I WENT TO THE SCHOOL TO PICK UP MY THINGS BECAUSE SHE HAD SENT 2 EMAILS TELLING ME TO COME PICK THEM UP SINCE I WAS NOT THERE FOR CLOSING OUT THE SCHOOL YEAR. THE NEXT DAY, JUNE 12, 2012, THE BOOKKEEPER CONFIRMED WHAT I HEARD THAT SHE WAS INSTRUCTED TO CALL SECURITY IF I CAME BACK ONTO THE CAMPUS. ON JUNE 13 AND JUNE 27, I EMAILED DR. HALL STATING MY REP WAS TRYING TO SET UP A MEETING TO DISCUSS OTHER PLACEMENT OPTIONS, THAT I WAS CONCERNED ABOUT CONFIDENTIALITY, AND THAT I ANTICIPATED THE SITUATION AT MY SCHOOL WOULD ESCALATE. HER ONLY RESPONSE WAS ASKING FOR CLARIFICATION.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. ✓ order other equitable or injunctive relief: REMOVE THE LETTER OF REPRIMAND FROM MY FILE, PROVIDE 2 LETTERS OF RECOMMENDATION (ONE OF WHICH COMES FROM ADMINISTRATIVE STAFF), AND CONFIRM REFERENCES REMAIN IN TACT

GIVE ME ALL MY FMLA TIME BACK

e. ✓ direct that Defendant pay Plaintiff back pay in the amount of $15,480 and interest on back pay;

f. ✓ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: $500,000 FOR DELAY IN RESPONSE, NOT FOLLOWING POLICIES, NOT FOLLOWING GLOBAL EXECUTIVE ORDER, MONTHS OF IGNORING MY REQUEST TO MEET, INTENTIONALLY DISREGARDING THE BEHAVIOR OF DISCRIMINATION, BULLYING, VERBAL THREATS, AND RETALIATION,

g. ✓ direct that Defendant pay Plaintiff punitive damages in the amount of $4 MILLION because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

DISRESPECT, FINANCIAL HARDSHIP, INFLICTING EMOTIONAL DISTRESS, NEGLIGENCE, MALICIOUS USE OF AUTHORITY, THREATS OF REPRIMAND, FAILURE TO PROTECT THE EDUCATION PROFESSION

REFUSAL TO PROVIDE ME A GRIEVANCE MEETING, FORCING ME TO RETURN TO THE ENVIRONMENT UNDER DURESS WITHOUT ENSURING ANY FURTHER THREATS OR RETALIATION, HAVING FOREWARNED, FORESEEABLE, AND PRIOR KNOWLEDGE THAT THE BEHAVIORS EXIST AND THE SITUATION WOULD ESCALATE

_A. Mahogany Vaughn_
(Signature of Plaintiff)

On July 20, 2012, I emailed Dr. Edwards with the same concerns, not realizing that she was no longer with the system. I returned back to work on July 27, 2012 since I left on April 30, 2012. May 2, 2012 was my last available sick day, but since I checked into the day treatment program, I filed for FMLA. On August 1, 2012, my principal entered my classroom (our first face-to-face outside of meeting with other staff since April 30, 2012) and verbally reprimanded me for providing a list of materials she requested, questioning about missing items, saying I was not in my classroom and that I hadn't done anything she asked me to do, explaining why she threw my personal items away that she deemed was unimportant, stating there were a lot of things I didn't do or didn't do correctly before I left in April. I told her twice that I was not complaining about my materials, and I asked her twice for the list of things I didn't do or didn't do correctly, but she never provided it to me. Then she stated that what she really wanted to talk to me about was my attitude. That she was insulted that I said I'd rather be homeless & living on the street than work at Goodlettsville Middle School, but she never asked why or wanted to discuss the concerns. On August 2, 2012, Dr. Moore met with me and the other exceptional ed staff. We reviewed the schedule and she noted an error in my schedule so I corrected it. On August 3, 2012, she realized that the original schedule was right and tried to put me back on the right track, but I had been with the wrong class for over an hour. I got confused with the schedule during the class she sent me to which threw me off again, making me late for my next class. At the end of the day she wrote me a reprimand for not being in my classroom.

On August 6, 2012, I went out on sick leave again using my FMLA time, but was made to get a second opinion from a doctor of their choosing at my expense for an emotional/mental impaired that was already documented. On August 15, 2012, I met with Dr. Hall with my rep to show her the reprimand and express my concerns. She decided to end the meeting and stated she'd have to talk to Dr. Moore and then we'd all get back together and meet. That never happened. Meanwhile, my doctor was reluctant to release me to return to work with Dr. Moore until he was sure that I would not suffer from the retaliaton and the environment would not induce my symptom to resurface. We felt once we got clarity from our planned meeting, we could discuss where to go from there. My doctor set 2 different dates for me to return to work, Sept 7, 2012 then again on Sept 27, 2012, giving the system time to speak with Dr. Moore and and investigate. That never happened. On Sept 28, 2012, all my FMLA time had run out and I still had not gotten a meeting date. Although, on August 9, 2012, I got an email stating they had a transfer for me, but in another email, it was rescinded 5 hours later. That has not been explained to me. On October 13, 2012, I submitted a formal grievance stating my claims of discrimination, harassm retaliation, intimidation, + threats of a reprimand, I asked them to investigate the matter and have the grievance placed in my file along with the reprimand and my rebuttal. On October 26, 2012, Dr. Hall sent me a letter stating my transfer was denied and that I was to return to Goodlettsville Middle School and remain on a plan of assistance. I emailed her and sent a second grievance on November 5, 2012. She responded in the email that I should be getting a second

CERTIFIED LETTER. I EMAILED HER BACK AND TOLD HER THAT I HAD RECEIVED THE CORRECTED LETTER (I WAS NEVER ON A PLAN OF ASSISTANCE AND NO ONE HAD EVER SAID ANYTHING TO ME ABOUT A PLAN OF ASSISTANCE). I ALSO STATED THAT NEITHER LETTER ADDRESSED THE BEHAVIORS OF CONCERN EVEN AFTER SHE READ THE 17 PAGES OF DOCUMENTATION. I HAVE NOT HEARD FROM HER SINCE THAT DAY. ON NOVEMBER 13, 2012, I SENT A THIRD FORMAL GRIEVANCE REQUESTING TO MEET TO DISCUSS THE BEHAVIOR AND THEIR POLICIES; THAT MY DOCTOR IS RELUCTANT TO RELEASE ME WITHOUT A CLEAR UNDERSTANDING OF THE POLICIES AND EXPECTATIONS AND THAT I COULD NOT RETURN TO GOODLETTSVILLE M.S. IN THAT ENVIRONMENT UNDER THAT PRINCIPAL UNTIL A MEETING TOOK PLACE. I GOT NO RESPONSE. ON NOVEMBER 25 OR 26, MR. OTT SENT ME AND SCOTT LINDSEY AN EMAIL REQUESTING THAT HE SET UP A MEETING WITH ME. WE MET ON NOVEMBER 27, 2012 BUT IT WAS NOT A GRIEVANCE MEETING. DURING THAT MEETING IT BECAME EVIDENT TO ME THAT NOTHING WAS GOING TO BE DONE. HE ASKED ME WHAT I WANTED, AND I STATED THAT AT THIS POINT I JUST WANT TO RESIGN AND I WANTED TO BE COMPENSATED FOR ALL THE DISTRESS, MONTHS WITHOUT PAY, TOTALLY IGNORING MY REQUEST AND THAT THE BEHAVIORS EXIST, EVEN AFTER I FOREWARNED THEM IN SEVERAL EMAILS PRIOR TO RETURNING TO WORK ON JULY 27, 20. HE ALSO ASKED WHAT I WANTED THEM TO DO AND I TOLD HIM TO INVESTIGATE. HE ASKED IF THEY FOUND 4 OR 5 THING WRONG WHAT DO I WANT THEM TO DO. I TOLD HIM TO FOLLOW THEIR OWN POLICIES. WE SET UP A MEETING FOR DECEMBER 6, 2012 TO NEGOTIATE MY RESIGNATION. THAT NEEDED TO INCLUDE THE LETTER OF REPRIMAND BE REMOVED FROM MY FILE AND ENSURE MY REFERENCES ARE IN TACT. ON DECEMBER 5, 2012, MR. LINDSEY CALLED, APPEARING UPSET. HE CANCELLED THE MEETING FOR DECEMBER 6, 2012 AND STATED THAT

There was nothing to investigate and the reason Dr. Hall never got back in contact with me was because she didn't find anything grievable. I asked why I wasn't told that 5 months ago but received no answer. On December 20 I received a letter from Mr. Lindsey stating the district had decided that I return to work no later than January 7, 2013, unless I wanted to resign before then. Along with the documentation I submitted, there is additional documentation that I never got a chance to review with them because they refused to meet with me.

On March 5, 2012 - Dr. Moore called me to her office due to an upcoming absence I had approaching. She continued to state that I can't plan to be sick over & over for no reason. The sub request that I put in the system was for family sick leave. She told me that I needed to bring a note or take 3 days without pay if I was out the day of a teacher work day. I did end up taking the work day unintentionally, but then again, it was family sick leave. She sent me a memo reminding me of the 3 days and I agreed. But she was denying my personal leave day that had been planned long before the family leave.

On April 2, 2012, she called me into her office again stating other teachers were complaining they didn't know about upcoming IEP meetings. I asked for their names because everyone got the same email including her & the assistant principal. Everyone is on the same email list. She never supplied me with those names.

ON APRIL 25, 2012 - DR. MOORE ENTERED MY CLASSROOM 3 TIMES IN A COURSE OF ~10 MINUTES WITH ~40 MINUTES LEFT IN THE DAY. THERE WAS A SUB IN THE ROOM, 2 5th GRADE STUDENTS THAT I WAS KEEPING UNTIL THE END OF THE DAY DUE TO TESTING. I DON'T TEACH 5th GRADE. I WAS AT ANOTHER TABLE ACROSS THE ROOM WORKING ON MY LAPTOP BECAUSE I HAD BEEN OUT FOR 2 CONSECUTIVE DAYS AND TRYING TO GET WORK DONE. ON HER THIRD TRIP, SHE CAME ACROSS THE ROOM, LOOKED AT MY LAPTOP, AND WALKED OUT, NOT SAYING ANYTHING TO ANYONE. ON HER 2nd TRIP SHE HAD STATED I NEED TO FIND SOMETHING FOR THEM TO DO, PULLING ME AWAY FROM MY WORK.

ON APRIL 26, 2012 - DR. MOORE CALLED ME INTO HER OFFICE THAT MORNING WANTING AN UPDATE ON A RE-EVALUATION THAT WAS OUT OF COMPLIANCE. I STATED THE MEETING WAS SET UP, AND THE PSYCHOLOGIST WAS WORKING WITH ME TRYING TO FIGURE OUT HOW IT GOT BY US, BUT WE COULDN'T, BUT EVERYTHING IS SET UP NOW. AGAIN, SHE THREATENED ME WITH A REPRIMAND SAYING THAT'S WHAT SHE'S BEEN INSTRUCTED TO DO. I FINALLY TOLD HER IF THAT'S WHAT SHE'S GOING TO DO, GO AHEAD BECAUSE IT'S NOT LIKE I'M NOT DOING MY JOB! THERE WERE SEVERAL EMAILS SENT BETWEEN APRIL 25 & 26, 2012 WITH HER STATING THE SAME THINGS AGAIN, EVEN THOUGH EVERYTHING HAD BEEN ARRANGED.

ON APRIL 30, 2012 - I WENT TO FILE IEP'S ~~PUT AWAY SOME FILES~~ IN THE FILE ROOM. I TALKED TO ONE OF THE SCHOOL COUNSELOR'S WHO WAS ALSO IN THE FILE ROOM. THE GUIDANCE CLERK CAME TO THE DOOR AND TOLD ME THAT DR. MOORE TOLD HER THAT I NEEDED TO SEE HER FIRST BEFORE GOING INTO THE FILE ROOM. I CONTINUED MY FILING ANYWAY. DR. MOORE CAME TO THE DOOR MOMENTS LATER

and asked to speak to me. She stated that Central Office was here & they wanted to know why a particular student's current IEP wasn't in the file. I had it in my hands because it was one of the IEP's I was filing. We had just held an annual meeting a few days earlier and I was filing it along with some others I had to file. I took FMLA leave and did not return until July 27, 2012. She contacted me several times while on leave. In one email she appeared upset that I was out and told me I missed a meeting that day and asking when I was coming back. On May 2, 2012, she left 2 voice mails telling me I was completely out of time and we needed to talk when I returned. She stated I needed to bring a note for my absences & that I needed to have lesson plans. These are things I already knew & the lesson plans were in my box. I emailed her & filled her in letting her know I was well aware of my time & that I couldn't apologize for being sick. She also tried to contact me a couple of other times to pick up my things. I don't know why she didn't call someone on my emergency list to pick up my things unless she wanted to harass me some more about my sick leave & FMLA time. On August 6, 2012 - Dr. Moore emailed me reminding me of my responsibilities and told me I needed to double check the email from my compliance facilitator & make sure those things were done. Even though I only worked one solid week, I had already done those things & then some & sent emails to other teachers before she emailed me at 7:39 p.m. She also gave me a formal directive, something she doesn't typically do. On August 14, 2012 - I responded to her email stating everything she asked was completed, I've already requested assistance for anything else, and to basically leave me alone on sick leave