UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ATLANTIS MAHOGANY VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-CV-01320 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Judgment on the Pleadings (Docket No. 35) is **GRANTED**. The plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 22nd day of January 2014.

_____
ALETA A. TRAUGER
United States District Judge